Terry Lynn PEEK, Appellee/Respondent,

v.

Michael Andrew PEEK,
Appellant/Petitioner.

No. 73522.

Missouri Court of Appeals,
Eastern District,
Division One.

Oct. 27, 1998.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 19, 1999.

Application for Transfer Denied
Feb. 23, 1999.

Michael Andrew Peek, St. Peters, pro se.

Wesley C. Dalton, Warrenton, for appellee/respondent.

Before PUDLOWSKI, P.J., and CRANDALL and AHRENS, JJ.

### ORDER

PER CURIAM.

Husband, Michael Andrew Peek, appeals from a judgment of dissolution. The judgment is supported by substantial evidence and is not against the weight of the evidence; no error of law appears. An opinion would have no precedential value. The judgment is affirmed. Rule 84.16(b). Further, the hus-

band is ordered to pay wife, Terry Lynn Peek, $2500.00 as damages for the filing of a frivolous appeal. Rule 84.19.